WILLIAM C. BAUER et al., Respondents, *v.* DAVID MEYER, Appellant.

(Argued June 16, 1885 ; decided June 26, 1885.)

*B. F. Einstein* for appellant.

*Samuel Untermeyer* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.